IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BTG INTERNATIONAL INC., <br><br> *Plaintiff*, <br><br> v. <br><br> BIOACTIVE LABORATORIES and KENNETH E. DARNELL, <br><br> *Defendants*. | CIVIL ACTION <br> NO. 15-04885 |

# ORDER

AND NOW, this 28th day of June, 2016, upon consideration of Bioactive Laboratories and Kenneth E. Darnell's Motion to Strike Portions of the Amended Complaint and to Dismiss the Amended Complaint (ECF No. 16), BTG International Inc.'s response in opposition (ECF No. 17), all subsequent replies and letters filed thereafter (ECF Nos. 18, 21–24), and oral argument held on June 21, 2016 (ECF No. 28), it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.